CRAWFORD *et al. vs.* TRIBBLE, ordinary, for use.

An action on an administrator's bond was referred to an auditor, and to his report exceptions were filed. By agreement, an order was taken, and the whole matter was referred to a judge *pro hac vice*, with power in him to make and file a decree within thirty days, "and said parties shall have thirty days after the decree to except to the same." The decree was filed April 1, 1885. A bill of exceptions was tendered, which recited that it was within sixty days after the filing of the decree, and the judge's certificate thereto was dated May 20, 1885. It appeared from the certificate of the clerk that the March term of court adjourned on March 13, to meet on the first Monday in May; that it then met, and finally adjourned on May 6:

*Held*, that the consent order, limiting the time for exception to thirty days from the judgment, became the law of the case, and the bill of exceptions not having been tendered within that time, the writ of error must be dismissed.

Writ of error dismissed.

October 8, 1885.

---

WOOD *vs.* THE WILSON SEWING MACHINE COMPANY.

This case has twice been before this court, and on both occasions it was held that the earnings of a married woman, prior to 1866, who was not a free trader, and not living separately from her husband, did not constitute her independent personal estate, but belonged to her husband, whether such earnings were derived from keeping a boarding-house, or from other labor performed by her; and if her husband took such funds and invested them in land, and took a bond for titles thereto in his own name, his marital rights attached to the property, and no trust could be implied in her favor against a creditor of the husband, who became such while the husband owned the property, and who had no notice of the alleged trust prior to extending the credit; and although the husband subsequently caused a deed to be made to the wife, this did not interfere with the creditor's rights. These rulings control the case. 68 *Ga.*, 524; 73 *Id.*, 370.

Judgment affirmed.

December 15, 1885.

HALL, Justice.